UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY O'CONNOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV1722 RWS |
| | ) |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

As plaintiff confesses summary judgment in favor of defendant on his claim under the Telephone Consumer Protection Act,

**IT IS HEREBY ORDERED** that defendant's motion for partial summary judgment [#58] is granted, and defendant shall have summary judgment on plaintiff's claim under the Telephone Consumer Protection Act.

**IT IS FURTHER ORDERED** that plaintiff's motion [#66] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of July, 2013.