UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY O'CONNOR, JR., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:11-CV-1722 |
| | ) |
| DIVERSIFIED CONSULTANTS, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff and with consent of Defendant respectfully notifies this Court that the parties have reached a settlement on all of Plaintiff's claims. The parties respectfully request thirty days to complete the attendant paperwork before Plaintiff dismisses his claims.

RESPECTFULLY SUBMITTED,

**THE EASON LAW FIRM, LLC**

s/ James W. Eason
_____
**JAMES W. EASON, #57112MO**
**The Eason Law Firm, LLC**
**124 Gay Avenue, Suite 200**
**St. Louis, Missouri 63105**
**Phone: (314) 932-1066**
**Fax:    (314) 667-3161**
**Email: james.w.eason@gmail.com**

## CERTIFICATE OF SERVICE

The undersigned verifies that a copy of the foregoing document was served via electronic mail on the following counsel of record on March 31, 2014:

2

        s/ James W. Eason
        _____

Case: 4:11-cv-01722-RWS   Doc. #:  84   Filed: 03/31/14   Page: 2 of 2 PageID #: 993