IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JOHNNY O'CONNOR** | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 4:11-CV-1722-RWS |
| **DIVERSIFIED CONSULTANTS, INC.** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Johnny O'Connor, and Defendant, Diversified Consultants, Inc, stipulate to the dismissal of this action with prejudice. Each party to bear their own costs.

Dated: June 23, 2014

**RESPECTFULLY SUBMITTED BY,**

**THE EASON LAW FIRM, LLC.**

s/ James W. Eason
_____
JAMES W. EASON, #57112
The Eason Law Firm, LLC.
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax:     (314) 667-3161
Email: james.w.eason@gmail.com

1

2

**DUNN FIRM, PC**

/s/ Steven R. Dunn

_____
STEVEN R. DUNN, #06252250
8390 LBJ Freeway,
LBJ Tower, Suite 540
Dallas, Texas 75243
Phone: (214) 692-5533
Fax: (214) 5534