IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY O'CONNOR | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 4:11-CV-1722-RWS |
| v. | ) |
| | ) So Ordered |
| DIVERSIFIED CONSULTANTS, INC. | ) |
| | ) *[signature]* (RAD). |
| Defendant. | ) 6/25/14 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Johnny O'Connor, and Defendant, Diversified Consultants, Inc, stipulate to the dismissal of this action with prejudice. Each party to bear their own costs.

Dated: June 23, 2014

RESPECTFULLY SUBMITTED BY,

THE EASON LAW FIRM, LLC.

s/ James W. Eason

JAMES W. EASON, #57112
The Eason Law Firm, LLC.
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax:    (314) 667-3161
Email: james.w.eason@gmail.com

1